IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **SUNSARRI ROBERTS,** § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 7:25-cv-00130-O-BP |
| § § | |
| **JESSICA CULLE,** *et al.*, § § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice**.

**SO ORDERED** on this **3rd day** of **February, 2026**.

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**